**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff/Respondent, ) | No. CR 99-206 PCT RCB (LOA) |
| ) | CIV 04-977 PCT RCB |
| vs. ) | O R D E R |
| ) | |
| Gerald D. Naha, Sr., ) | |
| ) | |
| Defendant/Movant. ) | |

On January 11, 2007, this court issued a fairly detailed order, in essence authorizing movant Gerald D. Naha, Sr., an inmate, to take extremely limited discovery in accordance with Fed. R. Civ. P. 31. That Rule authorizes depositions by written questions. After several motions for an extension of time, among other motions, by a January 8, 2008, order this court granted movant 15 days "from the date of entry of th[at] order in which to file and serve any cross questions he may have for attorney McWhirter."[1]  Doc. 108 at 8, ¶ 2 (footnote added).  In accordance

---

[1] Attorney McWhirter represented movant in his underlying criminal action and is the subject of movant's ineffective assistance of counsel claim herein.

1   with Fed. R. Civ. P. 6(a), that meant that movant had until January
2   23, 2008 by which to comply with the court's order.

3   One day late, on January 24, 2008, movant filed a "Notice of
4   Deposition by Written Questions" pertaining to Mr. McWhirter.  Doc.
5   110.  On that same day movant also filed a document entitled
6   "Movant's Request for Deposition upon Written Questions and
7   Submission of Written Questions," consisting of his proposed
8   questions to Mr. McWhirter.  Doc. 109.  This "Request" has been
9   docketed as a motion, but the "Notice" has not.  Given the nature
10  of docket # 109, as just described, it is more properly designated
11  as a "Request" rather than as a motion.  Therefore, the court
12  hereby directs the Clerk of the Court to amend the docket to
13  reflect that change in designation.

14  On February 21, 2008, movant filed a notice of appeal as to
15  the January 11, 2007, discovery order.  Perhaps because of the
16  filing of that notice of appeal, the United States ("the
17  Government") did not file any written questions along with the
18  required notices, as the January 11, 2007 order contemplates.  On
19  May 26, 2008, the Ninth Circuit Court of Appeals filed its mandate,
20  reflecting its April 18, 2008, order dismissing movant's appeal for
21  lack of jurisdiction.  Doc. 114.

22  Assuming *arguendo* that the discovery time was tolled pending
23  the appeal, that would mean that the Government had until June 16,
24  2008, by which to file and serve its written questions and
25  deposition notices.  It has not done that.  As the January 11,
26  2007, order indicates, following completion of the process outlined
27  therein, the court "shall . . . designate the person(s) before whom
28  the depositions shall be taken."  Doc. 83 at 4.  Obviously the

1 process is not complete yet in that only the movant has acted in
2 accordance with that discovery order.  Accordingly, to facilitate
3 the Rule 31 discovery which this court has previously ordered, the
4 court hereby ORDERS the Government, within ten (10) days of the
5 entry date of this order, to serve and file its written questions,
6 if any, along with the required notice(s) for any depositions it
7 desires to take.

8     In the interest of justice and efficient discovery, the court
9 further ORDERS that Mr. McWhirter shall appear before the Clerk of
10 the Court for the District of Arizona, or a Deputy Clerk designated
11 by the Clerk of the Court at the Office of the Clerk, Sandra Day
12 O'Connor U.S. Courthouse, Suite 130, 401 W. Washington Street,
13 Phoenix, Arizona 85003-2118, at any time during regular business
14 hours, up to and including the close of business on Tuesday,
15 September 2, 2008, to swear or affirm his answers to the written
16 questions proposed by movant.

17     Finally, the court ORDERS that counsel for the respondent the
18 United States of America, shall immediately provide Mr. McWhirter
19 with a copy of movant's proposed questions (doc. 109), a copy of
20 this order and a copy of all prior orders and filings pertaining to
21 this Rule 31 discovery process.

22     IT IS ORDERED.

23     DATED this 17th day of July, 2008.

24
25
26 _____
    Robert C. Broomfield
27     Senior United States District Judge

28 Copies to counsel of record and defendant/movant *pro se*